IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 1 1 2020
Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-19-90-BLG-SPW-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | UNOPPOSED MOTION |
| MEREDITH McCONNELL, | ) | FOR LEAVE TO FILE |
| BARBARA MARY DAYCHIEF and | ) | UNDER SEAL |
| SHERYL LYNN LAWRENCE, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the Defendant, Meredith McConnell's Unopposed Motion for Leave to File Under Seal Pursuant to CR 55.1 (Doc. 93), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant McConnell's Motion for Leave to File Under Seal (Doc. 93) is hereby **GRANTED** and the following documents shall be filed under seal:

1. Brief in Support of Defendant McConnell's Motion to Sever; and

2. Declaration.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 11th day of August, 2020.

_____
SUSAN P. WATTERS
United States District Court Judge