IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH McCONNELL,<br>BARBARA MARY DAYCHIEF, and<br>SHERYL LYNN LAWRENCE,<br><br>Defendants. | CR 19-90-BLG-SPW-1<br><br>ORDER |

Upon the Defendant, Meredith McConnell's Motion to Continue Trial (Doc. 120), and her request for a scheduling conference,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue Trial (Doc. 120) is **GRANTED**. The trial currently set for Monday, September 28, 2020 is **VACATED** and will be reset at the Scheduling Conference on the date and time set out below.

It would be prejudicial to Meredith McConnell to deny her additional time to adequately prepare for trial. Accordingly, I find the ends of justice served by granting a continuance outweigh the best interests which the public and the Defendants have in a speedy trial, and that the period of delay is reasonable. For the purposes of the Speedy Trial Act, the days between the date of this Order and

the new trial date are excludable for all Defendants under 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that the Court will conduct a scheduling conference for the purpose of resetting the trial. The parties shall appear through **conference call** on **Wednesday, September 23, 2020**, at **1:30 p.m.** by following these steps:

      A.    Dial: 1-877-336-1828
      B.    Enter access code: 5803070#
      C.    Press: #
      D.    Speak your name at the tone

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 2nd day of September, 2020.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge