

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-90-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| MEREDITH McCONNELL, BARBARA MARY DAYCHIEF and SHERYL LYNN LAWRENCE, | |
| Defendants. | |

This matter comes before the Court on Defendant Barbara Mary Daychief's Joinder (Doc. 101) in Defendant Meredith McConnell's Motion to Dismiss. (Doc. 96). Both documents were filed August 10, 2020. The United States responded to the Motion to Dismiss on August 24, 2020, addressing the arguments raised in the opening brief. (Doc. 109). On August 31, 2020, Daychief filed a Reply Brief in Support of Joinder Re: McConnell's Motions to Dismiss, Strike and Sever. In that reply, Daychief raised, for the first time, an argument that Count VIII (Misprision of a Felony) must be dismissed for violation of Defendant's Fifth Amendment right against self-incrimination. (Doc. 118 at 4). Because this argument was raised

1

in a reply brief, the United States was not afforded an opportunity to respond to the argument.

IT IS HEREBY ORDERD that, to ensure fairness and for good cause showing, the United States is ordered to file a response to Daychief's argument to dismiss the Misprision Offense contained in her Joinder Reply (Doc. 118 at 4) by Wednesday, November 4, 2020.

DATED this 21st day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE