IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH McCONNELL,<br><br>Defendant. | CR-19-90-BLG-SPW-1<br><br>ORDER |

Upon the Unopposed Motion for Witnesses to Testify by Video at Trial (Doc. 156), and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' motion to allow four witnesses, if called, to testify by video is **GRANTED**.

The United States shall contact Michael Cuthbert at 247-2322 or Cecil Chandler at 247-2323 to make arrangements for the video connection.

The Clerk of Court is directed to notify counsel and the IT Division of the making of this Order.

DATED this 11th day of January, 2021.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1