IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MEREDITH McCONNELL,<br><br>　　　　　　　　Defendant. | CR-19-90-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Misprison of a Felony in Superseding Indictment (Doc. 157), and for good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Fed. R. Crim. P. 48(a), **Count VIII** of the Superseding Indictment, which charges Misprision of a Felony, is **DISMISSED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 11th day of January, 2021.

　　　　　　　　　　　_____
　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1