IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-90-BLG-SPW-1 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| MEREDITH McCONNELL, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Witnesses to Testify by Video at Trial (Doc. 184), and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' motion to allow four witnesses, if called, to testify by video is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States shall contact Laura Reyes via e-mail at laura_reyes@mtd.uscourts.gov on Friday, March 26, 2021 to obtain the ZOOM information for the video testimony.

**IT IS FURTHER ORDERED** that it is counsel's responsibility to provide any exhibits used during video testimony to the witnesses beforehand for the reason the Court's electronic video and/or ZOOM does not work if exhibits need to be shown from the courtroom.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _18th_ day of March, 2021.

Susan P. Watters

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE