IN THE UNITED STATES COURTS
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH MCCONNELL,<br><br>Defendant. | CR-19-90-BLG-SPW-1<br><br>ORDER EXCLUDING SPECTATORS DURING JURY SELECTION |

Due to COVID-19 restrictions, the Court is unable to provide proper social distancing for any spectators during jury selection on March 29, 2021.

Accordingly, IT IS HEREBY ORDERED spectators will be excluded from jury selection on March 29, 2021. Spectators will be permitted into the courthouse once the jury trial begins.

DATED this 26th of March, 2021.

Susan P. Watters
United States District Judge