IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH McCONNELL,<br><br>Defendant. | CR-19-90-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Second Unopposed Motion for Witnesses to Testify via Video at Trial (Doc. 206), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's second motion to allow witnesses to testify by video is **GRANTED**.

**IT IS FURTHER ORDERED** that it is counsel's responsibility to provide any exhibits used during video testimony to the witnesses beforehand for the reason the Court's electronic video and/or ZOOM does not work if exhibits need to be shown from the courtroom.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 26th day of March, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE