IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH McCONNELL,<br><br>Defendant. | CR-19-90-BLG-SPW<br><br>ORDER |

Upon the United States' Motion for Witness to Make a Statement by Video at Sentencing (Doc. 275), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to allow Ms. Sheriann Moore to make a statement by video is **GRANTED.**

Judge Watters' Chambers will e-mail Ryan G. Weldon and Bryan T. Dake with the ZOOM conferencing information on Friday, September 10, 2021.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of September, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE