IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH McCONNELL,<br><br>Defendant. | CR-19-90-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Witness to Testify by Video at Sentencing (Doc. 286), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Motion to allow Fr. Dave Bailey to testify via ZOOM is **GRANTED.**

**IT IS FURTHER ORDERED** that the ZOOM conferencing information will be e-mailed from Chambers to counsel for Defendant on Friday, October 15, 2021.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1