IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MEREDITH McCONNELL,<br><br>　　　　　　Defendant. | CR-19-90-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Witness to Testify by Video at Sentencing (Doc. 289), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Motion to allow Rynalea Pena to testify via ZOOM is **GRANTED.** Counsel for Defendant was provided the ZOOM conferencing information on Friday, October 15, 2021.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1