IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH MCCONNELL,<br><br>Defendant. | CR 19-90-BLG-SPW-1<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of a juror shall be redacted from the trial transcript in this matter.

DATED this 2nd day of March, 2022.

SUSAN P. WATTERS
United States District Judge