IN THE UNITED STATES COURTS
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEREDITH MCCONNELL,<br><br>Defendant. | CR-19-90-BLG-SPW-1<br><br>ORDER |

Appellate counsel on behalf of Defendant has filed an Unopposed Motion for an order authorizing the Clerk of Court to provide a copy of Doc. 220, a Jury Note (Doc. 328), filed on 04/02/2021 to the parties. For good cause appearing,

IT IS HEREBY ORDERED the Clerk of Court is directed to provide a copy of Doc. 220 to both AUSA Ryan Weldon (Ryan.Weldon@usdoj.gov) and Nancy G. Schwartz (nschwartzlaw@gmail.com) by email.

DATED this 1st of June, 2022.

SUSAN P. WATTERS
United States District Judge